UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA PENNICK,<br><br>    Plaintiff<br>v.<br><br>MICHELE GRENNON, GRENNON DESIGN<br><br>    Defendants | Civil Action No: 05-CV-11060WGY |

## DEFENDANTS MICHELE GRENNON AND GRENNON DESIGN'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants, Michele Grennon and Grennon Design, with the assent of the plaintiff Lisa Pennick, hereby move for an extension of time to answer, move or otherwise plead in the above-captioned matter from May 27, 2005 to June 1, 2005.  As grounds for this motion, defendants state as follows:

1.    The defendants need additional time to answer or otherwise plead to the Complaint in the above-referenced matter.

2.    Jacob T. Elberg, counsel for the plaintiff, has assented to this motion, and the motion will not in any way delay the proceedings in this case.

3.    I hereby certify that I have obtained the consent of Jacob T. Elberg, counsel for the plaintiffs to the relief sought in this motion.

WHEREFORE, the Defendants respectfully request that the Court enter an Order:

A.    Granting an extention of time to answer or otherwise plead in this matter from May 27, 2005 to June 1, 2005; and

B. Granting such further relief as may be just, equitable and appropriate.

Respectfully submitted,<br>
MICHELE GRENNON AND<br>
GRENNON DESIGN<br>
By its attorneys,<br>
<br>
McLANE, GRAF, RAULERSON &<br>
MIDDLETON, PROFESSIONAL<br>
ASSOCIATION

Dated: May 25, 2005

By: ___/s/ Eric M. Sommers_____
Eric M. Sommers, BBO #649611
900 Elm Street
P.O. Box 326
Manchester, NH 03105
Tel: 603-628-1337
Fax: 603-625-5650
eric.sommers@mclane.com

**Certificate of Service**

Jacob T. Elberg, Esq.
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210

I hereby certify that on May 25, 2005, I caused to be served on the above-named counsel of record a copy of the forgoing Assented-To Motion For extension Of Time To Answer Or Otherwise Plead via electronic transmission in accordance with the Court's Administrative Procedures for Electronic Case Filing.

___/s/ Eric M. Sommers_____
Eric M. Sommers

2