UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA PENNICK,<br><br>             Plaintiff<br>v.<br><br>MICHELE GRENNON, GRENNON DESIGN<br><br>             Defendants | Civil Action No: 05-CV-11060WGY |

## ASSENTED-TO MOTION FOR ADMISSION OF
## THOMAS J. DONOVAN PRO HAC VICE

In accordance with Rule 83.5.3(b), Eric M. Sommers, a member in good standing of the bar of this Court, respectfully moves for the admission pro hac vice of Thomas J. Donovan of the law firm McLane, Graf, Raulerson & Middleton, Professional Association, 900 Elm Street, Manchester, New Hampshire, 03105-0326, Telephone (603) 625-6464, to appear and practice in this Court for this case on behalf of Michele Grennon and Grennon Design.

As outlined in the accompanying Affidavit, Thomas J. Donovan is a member in good standing of the courts of New Hampshire, the United States District Court for the District of New Hampshire, and the United States Court of Appeals for the First Circuit. As further stated in the Affidavit, there are no disciplinary actions pending against Attorney Donovan and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Counsel for Lisa Pennick has been contacted and has no objection to this motion.

For the forgoing reasons, Michele Grennon and Grennon Design respectfully move that Thomas J. Donovan be allowed to practice before this court pro hac vice.

Respectfully submitted,
MICHELE GRENNON AND
GRENNON DESIGN
By their attorneys,

McLANE, GRAF, RAULERSON &
MIDDLETON, PROFESSIONAL
ASSOCIATION

Dated:  June 9, 2005

By:  ___/s/  Eric M. Sommers_____
    Eric M. Sommers, BBO #649611
    900 Elm Street
    P.O. Box 326
    Manchester, NH 03105
    Tel: 603-628-1260
    Fax: 603-625-5650
    eric.sommers@mclane.com

### Certificate of Service

Thomas E. Dwyer, Esq.
Jacob T. Elberg, Esq.
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210

I hereby certify that on June 9, 2005, I caused to be served on the above-named counsel of record a copy of the forgoing Assented-To Motion For Admission Of Thomas J. Donovan Pro Hac Vice via electronic transmission in accordance with the Court's Administrative Procedures for Electronic Case Filing.

__/s/  Eric M. Sommers_____
Eric M. Sommers

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA PENNICK,<br>　　　　Plaintiff<br>v.<br><br>MICHELE GRENNON, GRENNON DESIGN<br>　　　　Defendants | Civil Action No: 05-CV-11060WGY |

AFFIDAVIT OF THOMAS J. DONOVAN

I, Thomas J. Donovan, being duly sworn, do under oath depose and state as follows:

1.　　I am an attorney who has been licensed to practice law in the state of New Hampshire since 1978, and have been admitted to practice before the United States District Court for the District of New Hampshire and the First Circuit Court of Appeals.

2.　　My New Hampshire Bar Number is 664.

3.　　My address is McLane, Graf, Raulerson & Middleton, Professional Association, 900 Elm Street, Manchester, NH  03105.  My telephone number is 603-625-6464.

4.　　I am a member in good standing in every jurisdiction where I have been admitted to practice.

5.　　I have never been disciplined regarding my practice of law and there are no disciplinary actions or investigations pending against me.

6.　　I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 7, 2005　　　　　　　　　　　　　　/s/Thomas J. Donovan_____
　　　　　　　　　　　　　　　　　　　　　　　Thomas J. Donovan

STATE OF NEW HAMPSHIRE
HILLSBOROUGH COUNTY

　　Subscribed and sworn to before me this 7th day of June, 2005

　　　　　　　　　　　　　　　　　　　　　　/s/Jenny L. Smith_____
　　　　　　　　　　　　　　　　　　　　　　Notary Public [seal]
　　　　　　　　　　　　　　　　　　　　　　My Commission expires: March 19, 2008