UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
LISA PENNICK,                       )
                                    )
    Plaintiff,                      )
                                    )
    v.                              )    05-cv-11060-WGY
                                    )
MICHELLE GRENNON, GRENNON           )
DESIGN                              )
                                    )
    Defendants.                     )
_____)

## NOTICE OF APPEARANCE

    Please enter my appearance as counsel for Plaintiff Lisa Pennick in the above-captioned matter.

    Respectfully submitted,

     /s/ David A. Bunis
    David A. Bunis (BBO No. 550570)
    DWYER & COLLORA, LLP
    600 Atlantic Avenue
    Boston, MA 02210
    (617) 371-1000
    (617) 371-1037 [facsimile]

Dated: July 19, 2005

## Certificate of Service

    I, David A. Bunis, hereby certify that a true copy of the above document was served via electronic transmission upon counsel for defendants, Eric M. Summers and Thomas J. Donovan.

     /s/ David A. Bunis
    David A. Bunis