UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| | ) | |
| LISA PENNICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-cv-11060-WGY |
| | ) | |
| MICHELLE GRENNON, GRENNON | ) | |
| DESIGN | ) | |
| | ) | |
| Defendants. | ) | |

_____)

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

The parties to the above-captioned action submit the following joint statement pursuant to

Local Rule 16.1(D), all of which is agreed:

**I.    DISCOVERY AND MOTION SCHEDULE**

**A.    Initial Disclosures**

The parties agree to exchange the initial disclosures required under Federal Rule
of Civil Procedure 26(a)(1) by August 5, 2005.

**B.    Merits Discovery**

1.    Merits discovery will commence after August 5, 2005.

2.    The parties will exchange documents pursuant to Federal Rule of Civil
Procedure 26(a)(1)(B) by August 19, 2005.

3.    Merits discovery, including the taking of all depositions, will be
completed on or before September 28, 2005.

4.    Federal Rules of Civil Procedure 33, 34, and 36 will govern requests for
interrogatories, production of documents, and admission.  The parties will
endeavor to respond to written discovery requests within 20 days.

**C.    Experts**

    1.      Plaintiff will identify her initial experts and produce written expert reports on or before August 12, 2005.

    2.      Defendants will identify their experts and produce written expert reports on or before September 7, 2005.

    3.      The parties will identify any rebuttal experts and produce all written expert reports on or before September 19, 2005.

**D.**     **Summary Judgment**

    1.      Motions for summary judgment, if any, will be filed on or before October 3, 2005.

    2.      Oppositions, if any, will be filed on or before October 17, 2005.

    3.      A hearing on all motions for summary judgment will be held subject to the Court's calendar.

**E.**     **Trial**

A pretrial conference will be held on or after November 7, 2005, subject to the Court's calendar and trial will commence subject to the Court's calendar on or after December 5, 2005.

## II.    MAGISTRATE JUDGE

The parties do not consent to have this case referred to a magistrate judge.

## III.    MEDIATION

The parties consent to have this case referred to mediation, and ask that the Court refer the parties to the Court sponsored mediation program. The parties further ask that the Court request that this case be heard through the mediation program on an expedited basis.

## IV.    CERTIFICATIONS

The required certifications will be submitted by August 5, 2005.


Respectfully submitted,


Plaintiff,                                                                Defendants,

LISA PENNICK                                 MICHELLE GRENNON and
                                             GRENNON DESIGN

By Her Attorneys,                            By Their Attorneys,


____/s/ Jacob T. Elberg_____             ____/s/ Eric M. Sommers_____
Thomas E. Dwyer, Jr. (BBO # 139660)          Eric M. Sommers (BBO # 649611)
David A. Bunis (BBO # 550570)                Thomas J. Donovan (Pro Hac Vice)
Jacob T. Elberg (BBO # 657469)               McLane, Graf, Raulerson & Middleton
Dwyer & Collora, LLP                         900 Elm Street
600 Atlantic Avenue                          P.O. Box 326
Boston, MA  02210                            Manchester, NH 03105
(617) 371-1000                               (603) 628-1337
(617) 371-1037 (fax)                         (603) 625-5650 (fax)


Dated:  August 3, 2005