# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

LISA PENNICK
Plaintiff

V.

CIVIL ACTION NO. 05-11060-WGY

MICHELLE GRENNON, ET AL
Defendant

## NOTICE OF ASSIGNMENT OF ADR PROVIDER

The above entitled action has been referred to the Alternative Dispute Resolution Program (ADR) and has been assigned to _____ ADR - As Soon As Possible _____ for the following ADR process:

☐ SCREENING CONFERENCE        ☐ EARLY NEUTRAL EVALUATION
X MEDIATION                    ☐ MINI-TRIAL
☐ SUMMARY JURY TRIAL           ☐ SETTLEMENT CONFERENCE

☐ The ADR proceeding with principals present has been scheduled for _____ at _____ in Courtroom ____ on the _____ floor of the United States Courthouse, 1 Courthouse Way, Fan Pier, Boston, Massachusetts.

☐ You will be further notified of the specific date set for the ADR proceeding by the courtroom clerk.

SARAH ALLISON THORNTON
CLERK OF COURT

DATE: August 4, 2005                    /s/ Marie Bell

Deputy Clerk

To:   All Counsel of Record
      and ADR Provider

(ADR Assignment.wpd - 4/12/2000)                                    [ntcasgnadr.]