UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LISA PENNICK, | ) | |
| Plaintiff, | ) | |
| v. | ) | 05-cv-11060-WGY |
| MICHELLE GRENNON, GRENNON DESIGN | ) | |
| Defendants. | ) | |

## CERTIFICATE PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, the undersigned hereby affirm that they have conferred:

(a)   with a view toward establishing a budget for costs of conducting the full course – and various alternative courses – for the litigation; and,

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.


   /s/ Lisa Pennick                                  /s/ Jacob T. Elberg
Lisa Pennick                                      Thomas E. Dwyer, Jr. (BBO # 139660)
David A. Bunis (BBO # 550570)
Jacob T. Elberg (BBO # 657469)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210-2211
(617) 371-1000
(617) 371-1037 (fax)

Dated: August 5, 2005

## Certificate of Service

I, Jacob T. Elberg, hereby certify that a true copy of the above document was served via

electronic transmission upon counsel for defendants, Eric M. Summers.

                                                  /s/ Jacob T. Elberg
                                                   Jacob T. Elberg