UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
LISA PENNICK,                       )
                                    )
    Plaintiff,                      )
                                    )
        v.                          )      05-cv-11060-WGY
                                    )
MICHELLE GRENNON, GRENNON           )
DESIGN                              )
                                    )
    Defendants.                     )
_____ )

**PLAINTIFF'S INITIAL DISCLOSURES**

    Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2, Plaintiff Lisa Pennick hereby provides the following initial disclosures.

    1.    The following is a list of individuals likely to have discoverable information that Plaintiff may use to support her claims, excluding information that may be used solely for impeachment.

        1.  Jay Acari
            Landry & Acari
            3 Pleasant Street
            Salem, MA  01970
            (978) 755-5909

            Mr. Acari has information about Ms. Pennick's role in the New Castle Project

        2.  Jeff Acari
            Landry & Acari
            3 Pleasant Street
            Salem, MA  01970
            (978) 755-5909

            Mr. Acari has information about Ms. Pennick's role in the New Castle Project

3. Ben Auger
   Auger Building Company
   Portsmouth, NH

   Mr. Auger has information about Ms. Pennick's role in the New Castle Project

4. Paula Bevaqua
   48 Cleveland Ave.
   Saugus, MA  019006
   (781) 231-7400

   Ms. Bevaqua has information about Ms. Pennick's role in the New Castle Project

5. Ellen
   Auger Building Company
   Portsmouth, NH

   Ellen has information about Ms. Pennick's role in the New Castle Project

6. Sarah Fawcett
   Webster & Co. (former employee)
   Weston, MA

   Ms. Fawcett has information about Ms. Pennick's role in the New Castle Project

7. Gail Gilbrato
   15 Green Street
   Wakefield, MA  01880
   (781) 246-1310

   Ms. Gilbrato has information about the Kitchen Show and the cancellation of plans to film a segment on the New Castle Project

8. Michael Gillick
   Urban Archaeology
   One Design Center Place
   Suite 342
   Boston, MA  02210
   (617) 737-4646

      Mr. Gillick has information about Ms. Pennick's role in the New Castle Project

9. Nicole Goldman
   77 Sudbury Road
   Concord, MA 01742
   (978) 369-2757

   Ms. Goldman has information about the article in Accent Home & Garden Magazine about the New Castle Project

10. Erin Harris
    Former assistant to Ms. Grennon
    Charlotte, NC

    Ms. Harris has information about Ms. Pennick's role in the New Castle Project

11. Sheree Hopkins
    Granite State Kitchens
    Bedford, NH

    Ms. Hopkins has information about Ms. Grennon's role in the New Castle Project

12. David Ives
    4 Westport Lane
    Marblehead, MA 01945
    (781) 631-1428

    Mr. Ives has information about Ms. Pennick's role in the New Castle Project

13. Pam Ives
    4 Westport Lane
    Marblehead, MA 01945
    (781) 631-1428

    Ms. Ives has information about Ms. Pennick's role in the New Castle Project

14. Karine Jouenne
    Soft Walls Associates
    535 Albany Street
    Boston, MA 02118
    (617) 482-5498

      Ms. Jouenne has information about Ms. Pennick's role in the New Castle Project

15. John Kenney
    HomeWorks Sourcebook
    399 Boylston St.
    Boston, MA 02116
    (617) 292-7320

    Mr. Kenney has information about Ms. Grennon's application for the Luxury Living Awards

16. Lucy Arsnow Leak
    Baker, Knapp & Tubbs
    One Design Center Place
    Suite 300
    Boston, MA 02210
    (617) 439-4876

    Ms. Leak has information about Ms. Pennick's role in the New Castle Project

17. Doris Leonhards
    Leonhards Florist
    Corning Street
    Beverly, MA 01915
    (978) 922-4295

    Ms. Leonhards has information about Ms. Pennick's role in the New Castle Project

18. Gary Martin
    The Martin Group
    One Design Center Place
    Suite 505
    Boston, MA 022210
    (617) 951-2526

    Mr. Martin has information about Ms. Pennick's role in the New Castle Project

19. Suzanne Matteson
    10 Waldron Street
    Marblehead, MA 01945
    (617) 899-1424

    Ms. Matteson has information about Ms. Pennick's role in the New Castle Project

20. Brendan McNamara
    19 Doe Drive
    Eliot, ME 03903

    Mr. McNamara has information about Ms. Pennick's role in the New Castle Project

21. Patricia Mullaney
    Bygone's of Ireland
    89 Canal Street
    Salem, MA  01970
    (978) 745-4990

    Ms. Mullaney has information about Ms. Pennick's role in the New Castle Project

22. Sandy Newman
    11 Euclid Street
    Marblehead, MA  01945
    (781) 631-1435

    Ms. Newman has information about events that occurred after Plaintiff finished working on the New Castle Project

23. Sandy Norton
    40 Cloutman's Lane
    Marblehead, MA 01945
    (781) 929-1282

    Mr. Norton has information about correspondence regarding the Luxury Living Awards

24. Maureen Palmer
    64 Nanapashmet Street
    Marblehead, MA  01945
    Home (781) 639-8239

    Ms. Palmer has information about events that occurred after Plaintiff finished working on the New Castle Project

25. Nigel Palmer
    64 Nanapashmet Street

    Marblehead, MA  01945
    Home (781) 639-8239

    Mr. Palmer has information about events that occurred after Plaintiff finished working on the New Castle Project

26. Bernie Pine
    Landry & Acari
    3 Pleasant Street
    Salem, MA  01970
    (978) 755-5909

Mr. Pine has information about Ms. Pennick's role in the New Castle Project

27. Gayle Reynolds
    7 Fessenden Way
    Lexington, MA 02420
    (781) 861-9712

    Ms. Reynolds has information about Ms. Grennon's role in the New Castle Project

28. Gary Riegel
    Boston Design Center
    One Design Center Place
    Boston, MA 02210
    (617) 338-5062

    Mr. Riegel has information about Ms. Pennick's role in the New Castle Project

29. Gretchen Schwilk
    Steven King, Inc.
    One Design Center Place
    Suite 405
    Boston, MA  02210
    (617) 426-3302

    Ms. Schwilk has information about Ms. Pennick's role in the New Castle Project

30. Elisabeth Talbot
    41 Black Rock Drive
    Hingham, MA  02254
    Home (781) 749-9822

      Ms. Talbot has information about events that occurred after Plaintiff finished working on the New Castle Project

31. Christina Tassi
    HomeWorks Sourcebook
    399 Boylston St.
    Boston, MA 02116
    (617) 292-7320

    Ms. Tassi has information about Ms. Grennon's application for the Luxury Living Awards

32. Linda Taylor
    Portsmouth, NH

    Ms. Taylor has information about Ms. Pennick's role in the New Castle Project

33. David Webster
    Webster & Company
    One Design Center Place
    Suite 144
    Boston, MA 02210
    (617) 261-9660

    Mr. Webster has information about Ms. Pennick's role in the New Castle Project

Employees working at the following stores or showrooms, names or full names currently unknown, have information about Ms. Pennick's role in the New Castle Project

1. Beacon Hill Showrooms
   One Design Center Place
   Suite 200
   Boston, MA 02210
   (617) 482-6600

2. April
   Boston Stone (no longer in business)
   Hawaii (currently)

3. Chris
   Old World Weavers
   Boston Design Center
   Boston, MA 02210

4.  Comina
    Atlantic Avenue
    Marblehead, MA  01945

5.  Devon Service
    Boston Design Center
    Boston, MA  02210
    (617) 428-0033

6.  Donna
    McLaughlin Upholstering Company, Inc.
    1813 Revere Beach Parkway
    Everett, MA  02149
    (617) 389-0761

7.  Erika
    Steven King, Inc.
    One Design Center Place
    Suite 405
    Boston, MA  02210
    (617) 426-3302

8.  Essex Antique shop
    Essex, MA

9.  Haley & Steele
    91 Newbury Street
    Boston, MA

10. Jeffrey
    Urban Archeology
    The Boston Design Center
    Suite 342
    Boston, MA  02210
    (617) 737-4646

11. Jim
    Berkeley House
    Boston Design Center
    Boston, MA  02210
    (617) 451-6874

12. Jorgersons Antiques
    Wells, Maine
    (207) 646-9444

13. Kevin
    Blanche P. Field LTD
    One Design Center Place
    Suite 336
    Boston, MA  02210
    (617) 423-0715

14. Landry Antiques
    Essex, MA  01929

15. Lily
    Reliable Fabrics
    P.O. Box 6176
    Chelsea, MA  02150
    (800) 682-4567

16. Paul
    Muldoon Trucking
    40 Robbie Road
    Avon, MA  02322
    (508) 588-8600

17. Prides Crossing Upholster
    153 Western Ave.
    Essex, MA  01929
    (978) 768-7555

18. Scalamandre
    Boston Design Center
    Boston, MA  02210
    (617) 574-9261

19. Window Treats
    Boston Design Center
    Boston, MA  02210
    (617) 439-9492

20. Wendy
    The M-Geough Company, Inc.
    One Design Center Place
    Suite 515
    Boston, MA  02210
    (617) 451-1412

2. The following is a description of documents in the possession, custody or control of Plaintiff that may be used to support her claims, excluding documents that may be used solely for impeachment. All documents are in the possession of the Plaintiffs' counsel.

    a. Correspondence regarding Luxury Living Awards

    b. Print-outs from www.homeworkssourcebook.com

    c. Notes, invoices and receipts regarding the New Castle Project

    d. Accent Home & Garden Magazine dated January/February 2005

    e. Photographs of 28 Beach Hill Road, New Castle, NH in print and on CD-ROM

    f. Postcard from Michelle Grennon re: March 12, 2005 event

    g. Pamphlet regarding Luxury Living Awards

3. The Plaintiff seeks rescission of, or damages resulting from, Defendants' conduct in wrongfully taking credit for interior design work done by Plaintiff, breaching Defendants' contract with Plaintiff, unfairly competing with Plaintiff, as well as for defamation and violation of copyright. Plaintiff also seeks attorney fees and costs and expenses. Plaintiff will make available for inspection and copying all documents in her possession bearing on these claimed damages to the extent such documents are not privileged or otherwise protected from disclosure.

4. The Plaintiff has in her custody, possession or control no insurance agreements that may satisfy all or part of a judgment in this matter.

The Plaintiff reserves the right to supplement these disclosures.

      /s/ Jacob T. Elberg
Thomas E. Dwyer, Jr. (BBO # 139660)
David A. Bunis (BBO # 550570)
Jacob T. Elberg (BBO # 657469)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210-2211
(617) 371-1000
(617) 371-1037 (fax)

Dated: August 5, 2005

## Certificate of Service

I, Jacob T. Elberg, hereby certify that a true copy of the above document was served via electronic transmission upon counsel for defendants, Eric M. Summers.

      /s/ Jacob T. Elberg
Jacob T. Elberg