UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA PENNICK,<br><br>       Plaintiff<br>v.<br>MICHELE GRENNON, GRENNON DESIGN<br><br>       Defendants | Civil Action No: 05-CV-11060-WGY |

## LOCAL RULE 16.1 CERTIFICATION

The undersigned certify, pursuant to Local Rule 16.1 (D)(3), that they have conferred concerning (a) the budget for alternative courses in litigation for this case; and (b) the use of alternative dispute resolution programs.

Respectfully submitted,

MICHELE GRENNON AND GRENNON DESIGN
By her attorneys,

McLANE, GRAF, RAULERSON & MIDDLETON, PROFESSIONAL ASSOCIATION

Dated: August 5, 2005

By: __/s/ Eric M. Sommers_____
  Eric M. Sommers, BBO #649611
  Thomas J. Donovan, Pro Hac Vice
  900 Elm Street
  P.O. Box 326
  Manchester, NH 03105
  Tel: 603-628-1337
  Fax: 603-625-5650
  eric.sommers@mclane.com

and

_____/s/ Michele Grennon_____
Michele Grennon
98 Beach Hill Road
Dated: August 5, 2005        New Castle, New Hampshire, 03854

**Certificate of Service**

Thomas E. Dwyer, Jr.
David A. Bunis
Jacob T. Elberg, Esq.
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210

      I hereby certify that on August 5, 2005, I caused to be served on the above-named counsel of record a copy of the forgoing Certification via electronic transmission in accordance with the Court's Administrative Procedures for Electronic Case Filing.

      _____/s/ Eric M. Sommers_____
      Eric M. Sommers