UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PENNICK
_____
         Plaintiff(s)

V.

GRENNON
_____
         Defendant(s)

CIVIL ACTION
NO. 05-11060-WGY

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE YOUNG

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On Sept. 21, 2005 _____ I held the following ADR proceeding:

☐ SCREENING CONFERENCE          ☐ EARLY NEUTRAL EVALUATION
☑ MEDIATION                     ☐ SUMMARY BENCH / JURY TRIAL
☐ MINI-TRIAL                    ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]
The parties were ☐ /were not ☐ present in person or by authorized corporate officer [except _____].

The case was:

☑ Settled. Your clerk should enter a __30__ day order of dismissal.

☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☐ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:


10/25/05                                James Marcellino, Esq.
_____                         _____
    DATE                                ADR Provider


(ADRReportforpdf.wpd - 4/12/2000)