UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
LISA PENNICK,                                 )
                                              )
    Plaintiff,                              )
                                              )
        v.                                    )    05-cv-11060-WGY
                                              )
MICHELE GRENNON, GRENNON                      )
DESIGN                                        )
                                              )
    Defendants.                             )
_____)

**ASSENTED TO MOTION TO EXTEND TIME
TO REOPEN PURSUANT TO SETTLEMENT ORDER OF DISMISSAL**

    Plaintiff Lisa Pennick ("Pennick") with the assent of Michele Grennon and Grennon Design, hereby moves the Court to extend the time to reopen pursuant to the Court's Settlement Order of Dismissal filed October 26, 2005 [document #22]:

    1.    The parties are in the process of effectuating the settlement reached through the mediation process, but need additional time to confirm that one aspect of the settlement has been completed.

    2.    The parties have agreed to request that the Court extend the time to reopen pursuant to the Court's Settlement Order of Dismissal by an additional 40 days – until January 4, 2006. The parties are strongly optimistic that they will be able to file a stipulation of dismissal within that time period.

    WHEREFORE, Ms. Pennick respectfully requests that the Court enter an Order granting an extension of the time to reopen pursuant to the Court's Settlement Order of Dismissal by an additional 40 days – until January 4, 2006.

        Respectfully submitted,

        Lisa Pennick

        By her attorneys,

        ___/s/ Jacob T. Elberg_____
        Thomas E. Dwyer, Jr. (BBO # 139660)
        David A. Bunis (BBO # 550570)
        Jacob T. Elberg (BBO # 657469)
        Dwyer & Collora, LLP
        600 Atlantic Avenue
        Boston, MA  02210
        (617) 371-1000
        (617) 371-1037 (fax)

Dated: November 22, 2005

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that on November 22, 2005, counsel for Plaintiff Lisa Pennick conferred with counsel for Defendants, Eric M. Sommers relating to this motion.  Counsel for Defendants assented to this motion.

        ___/s/ Jacob T. Elberg_____
        Jacob T. Elberg

## Certificate of Service

I, Jacob T. Elberg, hereby certify that a true copy of the above document was served via electronic transmission upon counsel for Defendants, Eric M. Sommers.

        ___/s/ Jacob T. Elberg_____
        Jacob T. Elberg