UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA PENNICK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHELE GRENNON, GRENNON )<br>DESIGN )<br>)<br>Defendants. )<br>) | 05-cv-11060-WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Lisa Pennick and Defendants Michele Grennon and Grennon Design hereby stipulate that all claims and counterclaims in this action be and hereby are dismissed with prejudice, without rights of appeal, each party to bear its own costs.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF
LISA PENNICK

Thomas E. Dwyer, Jr. (BBO # 139660)
David A. Bunis (BBO # 550570)
Jacob T. Elberg (BBO # 657469)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000
(617) 371-1037 (fax)

1

ATTORNEYS FOR DEFENDANTS
MICHELE GRENNON AND
GRENNON DESIGN

_____
Eric M. Sommers (BBO # 649611)
McLane, Graf, Raulerson & Middleton
900 Elm Street
P.O. Box 326
Manchester, N.H. 03105
(603) 628-1337
(603) 625-5650 (fax)

Dated: January 4, 2005